UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARRITTE FUNCHES, | ) | 3:09-CV-0343-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 3, 2011 |
| | ) | |
| INSPECTOR GENERAL, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for issuance of summons (#39) is **GRANTED**.

The Office of the Attorney General has filed the last known addresses of **Gerald Thompson, Steven MacArthur, Janice Daniel, Delmar Snider,** and **Kay Long** *under seal* (#36).  The last known addresses shall be kept under seal by the court and shall not be provided to the plaintiff.

**IT IS FURTHER ORDERED** that the Clerk shall issue summonses for **Gerald Thompson, Steven MacArthur, Janice Daniel, Delmar Snider,** and **Kay Long** and send the same to the U.S. Marshal with the addresses provided under seal.  The Clerk shall also issue summonses for **Martin Sorenson, Mike Stolk, Gene Christensen,** and **Randall Nixon** and send to plaintiff nine USM-285 forms, nine copies of the amended complaint (#25), and nine copies of this order for the defendants.  Plaintiff shall have until **Friday, January 21, 2011** to

complete the USM-285 service forms and return them along with the other documents to the U.S. Marshal for service.

                                         LANCE S. WILSON, CLERK

                    By:      /s/
                            Deputy Clerk