UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| MARRITTE FUNCHES, | ) | |
| | ) | |
| Plaintiff, | ) | 3:09-cv-00343-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#65[1]) entered on March 31, 2011, recommending denying Plaintiff's Motion for Emergency Temporary Restraining Order / Preliminary Injunction and Order for Mediation (#46) filed on January 18, 2011.  Plaintiff filed his Objections to Report and Recommendation of U.S. Magistrate Judge (#66) on April 14, 2011, and Defendants filed their Opposition to Plaintiff's Objections to Report and Recommendation of U.S. Magistrate Judge on April 26, 2011 (#68). The action was referred to the Magistrate Judge  pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections, response to objections, pleadings and memoranda of the parties and other relevant matters of record

---

[1]Refers to court's docket number.

pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#65) entered on March 31, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#65) entered on March 31, 2011, is adopted and accepted, and therefore

IT IS ORDERED THAT Plaintiff's Motion for Emergency Temporary Restraining Order / Preliminary Injunction and Order for Mediation (#46) is DENIED.

IT IS SO ORDERED.

DATED this 16th day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE