UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| MARRITTE FUNCHES,<br><br>        Plaintiff,<br><br>v.<br><br>GERALD THOMPSON, *et al.*,<br><br>        Defendants. | 3:09-cv-00343-LRH-PAL<br><br>O R D E R |

      Before this Court is the Order and Report of Findings and Recommendation of U.S. Magistrate Judge Peggy A. Leen (#122[1]) entered on April 12, 2012, recommending denying Plaintiff's Motion for TRO/PI (##113,114), filed on December 1, 2011. No objection to the Order and Report of Findings and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Order and Report of Findings and Recommendation (#122) entered on April 12, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Order and Report of Findings and
2 Recommendation (#122) entered on April 12, 2012, is adopted and accepted, and Plaintiff's Motion
3 for TRO/PI (##113, 114) is **DENIED**.

5    IT IS SO ORDERED.
6    DATED this 22nd day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE